UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Milton Gerardo Vaca-Mejia**

    **V.**

                            **CIVIL ACTION NO. 1: 26-cv-10530-MJJ**

**McDonald et al**

**<u>ORDER OF DISMISSAL</u>**

**JOUN, D.J.**

    **In accordance with the Respondents' Status Report, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.**

April 16, 2026

/s/ Sophie Phillips  
---------------------------  
**Deputy Clerk**